# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0413

_____

JOHN D. LEVITAN, SR.,

Petitioner,

v.

GILEAD SCIENCES, INC., GILEAD SCIENCES IRELAND UC, PATTERSON, BELKNAPP, WEBB & TYLER, LLP, GEOFFREY POTTER, TIMOTHY ALAN WATERS, ARON FISCHER, JOSHUA STEIN, and THOMAS P. KURLAND,

Respondents.

_____

Petition for Writ of Prohibition—Original Proceedings.


July 16, 2026

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and TREADWELL, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

John D. Levitan, Sr., pro se, Petitioner.

Bailey Howard of Clark Partington, Tallahassee, for Respondents.